# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

156457

| | |
|---|---|
| Stephen J. Markman, | |
| | Chief Justice |

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JASON RUSSELL CARTER,
       Defendant-Appellant.

SC: 156457
COA: 338136
Wayne CC: 11-006595-FC

_____/

      On order of the Court, the application for leave to appeal the July 31, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



a1217

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



Clerk